**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANET CINQUINI,

                   Plaintiff,

                                              Case No. 8:13-cv-3164-MSS-TBM

v.

STEPHENS & MICHAELS
ASSOCIATES, INC.,

                   Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

       Defendant, Stephens & Michaels Associates, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case that includes installment payments. Upon completion of the payments, the parties will file the appropriate dismissal documents with the Court.

                                        Respectfully submitted,

                                       /s/ Dayle M. Van Hoose_____
                                       Dayle M. Van Hoose, Esq.
                                       Florida Bar No. 0016277
                                       Rachel A. Morris, Esq.
                                         Florida Bar No. 0091498
                                       SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
                                       3350 Buschwood Park Drive, Suite 195
                                       Tampa, FL 33618
                                       Telephone: (813) 890-2463
                                       Facsimile: (866) 466-3140
                                       dvanhoose@sessions-law.biz
                                       rmorris@sessions-law.biz

Attorneys for Defendant,
Stephens & Michaels Associates, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 1st day of April 2014, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

James S. Giardina, Esq.
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, FL 33614-2877

/s/ Dayle M. Van Hoose
Attorney

2