UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET CINQUINI,

    Plaintiff,

v.                                          Case No: 8:13-cv-3164-T-35TBM

STEPHENS & MICHAELS ASSOCIATES,
INC.,

    Defendant.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On April 1, 2014, the Defendant filed a Notice of Pending Settlement, informing the Court that the parties have reached an oral agreement to settle to this case. (Dkt. 10) Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of April, 2014.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party